FILED

10/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0163



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0163

HOLLY ANNE MATHIS,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

ORDER

FILED

OCT 3 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. 11(4)(b) requires that a reply shall not exceed 14 pages. Appellant's Reply Brief consists of 30 pages. Additionally, Appellant's Certificate of Compliance references the applicable rule for the length of the principal brief, not the reply brief.

Although we liberally construe pro se pleadings and hold them to a less stringent standard than formal pleadings drafted by lawyers, after reviewing the Appellant's Reply Brief filed on October 31, 2024, this Court has determined that the brief does not comply with the Rule and must be resubmitted. Therefore,

IT IS ORDERED that the signed original and seven copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and seven copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant counsel by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 31 day of October, 2024.

For the Court,

By _____

Justice